UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINEAR TECHNOLOGY CORP.,

        Plaintiff(s),

  vs.

MICREL, INC.,

        Defendant(s).

                                  /

No. C-94-1633 MHP

**ORDER DENYING FURTHER APPLICATION FOR COSTS**

      Plaintiff has written this court regarding its taxable costs submitted pursuant to 28 U.S.C. section 1920 and Civil Local Rule 54-1. Defendant has written to oppose this request. This court issued its judgment on June 9, 2006, wherein it ruled that plaintiff "shall not recover attorneys' fees and costs of defendant Micrel, Inc., each party bearing its own costs." The court need not address the timeliness of the request or whether the statutory provision or rule plaintiff now asserts in support of its bill of costs applies. The court already has made it clear that costs will not be allowed and the court meant what it said. Therefore,

      IT IS HEREBY ORDERED that plaintiff's above-described request that costs be allowed is DENIED.

Date: January 12, 2007

                                                MARILYN HALL PATEL
                                               District Judge
                                               United States District Court
                                               Northern District of California

**ENDNOTES**